No. 253. MOHASCO INDUSTRIES, INC. *v.* E. T. BARWICK MILLS, INC., ET AL. C. A. 5th Cir. Motion for leave to file supplement to the petition granted. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of the motion or the petition. *Stanton T. Lawrence, Jr.,* for petitioner. *Charles H. Walker* for respondents.

No. 260. NYYSSONEN, ADMINISTRATRIX *v.* BENDIX CORP. C. A. 1st Cir. Motion for leave to supplement the record granted. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion and petition. *David Rines* and *Robert H. Rines* for petitioner. *Morris Relson* for respondent.

No. 7, Misc. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 8, Misc. MORRIS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *William A. Peterson* and *Howard L. McFadden,* Assistant Attorneys General, for respondent.

No. 16, Misc. BUTLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Francis Breidenbach* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 17, Misc. OYLER *v.* WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.